ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Daimler-Chrysler AG and Mercedes-Benz USA, Inc.,

Plaintiffs,

v.

Donald H. Bloom and MBZ Communications, Inc.,

Defendants.

**Court File No.: 00-325 DSD/JMM**

**STIPULATED MOTION FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER AND ORDER**

---

Plaintiffs Daimler-Chrysler AG and Mercedes-Benz USA, Inc. and defendants Donald H. Bloom and MBZ Communications, Inc., by their attorneys, hereby stipulate and agree as follows:

WHEREAS, the Pretrial Scheduling Order originally entered by this Court contemplated a December 1, 2000 deadline for the completion of factual discovery and a May 1, 2001 deadline for the completion of all discovery;

WHEREAS, the parties have, despite diligent efforts, experienced difficulty in the scheduling of a deposition of a 30(b)(6) witness for the Plaintiffs;

WHEREAS, the parties desire a modification of the Scheduling Order to extend the deadline for the completion of factual discovery so as to accommodate a mutually agreeable time for the deposition of Plaintiffs' 30(b)(6) witness; and

WHEREAS, such a modification should not otherwise affect the remaining deadlines set forth in the Scheduling Order;

NOW THEREFORE, the parties do hereby stipulate that the deadline for the completion of factual discovery may be extended to January 15, 2001.

2265821.1

DEC 0 5 2000

Dated this 29 day of November, 2000.

**HINSHAW & CULBERTSON**

By: ______________________________
Allen W. Hinderaker (45287)
Brian J. Slovut (236846)

3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 333-3434

**ATTORNEYS FOR PLAINTIFFS**

Dated this 29 day of November, 2000.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: ______________________________
Elliot Kaplan (53624)
Randall Tietjen (214474)
Thomas C. Mahlum (259391)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR DEFENDANTS DONALD H. BLOOM AND MBZ COMMUNICATIONS, INC.**

**SO ORDERED.**

This 5 day of December, 2000.

BY THE COURT

John M. Mason
United States Magistrate Judge