**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Daimler-Chrysler AG and Mercedes-Benz USA, Inc.

Plaintiffs,

v.

Donald H. Bloom and MBZ Communications, Inc.,

Defendants.

**Court File No.: 00-325 DSD/JMM**

**STIPULATED MOTION FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER AND ORDER**

Plaintiffs Daimler-Chrysler AG and Mercedes-Benz USA, Inc. and defendants Donald H. Bloom and MBZ Communications, Inc., by their attorneys, hereby stipulate and agree as follows:

WHEREAS, the Pretrial Scheduling Order contemplates a January 15, 2001 deadline for the completion of factual discovery and a May 1, 2001 deadline for the completion of all discovery;

WHEREAS, the parties have experienced difficulty in the scheduling of a deposition of 30(b)(6) witnesses for the Plaintiffs;

WHEREAS, the parties have had other outstanding discovery issues which they have attempted, and intend to continue attempting, to resolve amicably and without the necessity of court intervention;

WHEREAS, to accommodate such discussions and the scheduling of outstanding depositions, the parties desire a modification of the Scheduling Order to extend the deadline for the completion of factual discovery so as to make it coextensive with the May 1, 2001 deadline for the completion of all discovery; and

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

WHEREAS, such a modification should not otherwise affect the remaining deadlines set forth in the Scheduling Order;

NOW THEREFORE, the parties do hereby stipulate that the deadline for the completion of factual discovery may be extended to May 1, 2001.

Dated this 10 day of January, 2001.

**HINSHAW & CULBERTSON**

By: ______________________
Russell S. Ponessa (169316)
Brian J. Slovut (236846)

3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 333-3434

**ATTORNEYS FOR PLAINTIFFS**

Dated this 10th day of January 1, 2001.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: ______________________
Elliot Kaplan (53624)
Randall Tietjen (214474)
Thomas C. Mahlum (259391)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR DEFENDANTS DONALD H. BLOOM AND MBZ COMMUNICATIONS, INC.**

2265821.1

**SO ORDERED.**

This 11 day of January, 2001.

BY THE COURT

John M. Mason
United States Magistrate Judge