UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAIMLERCHRYSLER AG and
MERCEDES-BENZ USA, INC.,

CIVIL NO. 00-325 (DSD/JMM)

Plaintiffs,

v.

ORDER

DONALD H. BLOOM and
MBZ COMMUNICATIONS, INC.,

Defendants.

The above matter came on for hearing before the undersigned on April 4, 2001 upon Plaintiffs' Motion for Leave to Amend the Complaint. [Docket No. 13]. Allen Hinderaker, Esq. appeared on behalf of Plaintiffs; Thomas Mahlum, Esq. appeared on behalf of Defendants. There were no other appearances.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to Amend the Complaint [Docket No. 13] is granted for the reasons placed on the record.

Dated: April 4, 2001

JOHN M. MASON
United States Magistrate Judge

FILED APR 0 5 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK