# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

DaimlerChrysler AG and
Mercedes-Benz USA, Inc.,

Case No. Civil 00-325 DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Donald H. Bloom and MBZ
Communications, Inc.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiffs' motion for summary judgment is denied.

Defendants' motion for summary judgment is granted and plaintiffs' claims are dismissed with prejudice.

DATE: October 9, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

43