UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daimler-Chrysler AG and
Mercedes-Benz USA, Inc.,

Plaintiffs, Civil 00-325 DSD/SRN

v.

Donald H. Bloom and
MBZ Communications, Inc.,

Defendants.

COST JUDGMENT

The costs of Defendants have been taxed and allowed by the Clerk of this Court against Plaintiffs as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $1,648.50 | $1,454.60 |
| Fees for exemplification and copies | $1,057.01 | $ 145.26 |
| TOTAL: | $2,705.51 | $ 1,599.86 |

Costs, therefore, are taxed in the sum of One Thousand Five Hundred Ninety-Nine Dollars and 86/100 ($1,599.86) in favor of Defendants Donald H. Bloom and MBZ Communications, Inc. and against Plaintiffs Daimler-Chrysler AG and Mercedes-Benz USA, Inc. and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of March 14, 2003.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti
Amy M. Leonetti
Law Clerk

FILED 3-14-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK